■ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v ERIC KILLAKEY, Individually and as Administrator of the Estate of NANCY POMMERENK, Also Known as NANCY P.

KILLAKEY, Deceased, Appellant.—Appeal by Eric Killakey from an order and judgment (one paper) of the Supreme Court, Queens County (Kassoff, J.), dated January 6, 1989.

Ordered that the order and judgment is affirmed, without costs or disbursements, for reasons stated by Justice Kassoff in his memorandum decision dated October 19, 1988, in the Supreme Court, Queens County. Thompson, J. P., Lawrence, Eiber and Balletta, JJ., concur.